# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BECKER, JOSEPH F                                   § Case No. 13-83707
                                                          §
                                                          §
Debtor(s)                                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/01/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/02/2014          By:  /s/JAMES E. STEVENS
                                                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BECKER, JOSEPH F § Case No. 13-83707
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,296.00 |
| *and approved disbursements of* | $ 32.95 |
| *leaving a balance on hand of* [1] | $ 4,263.05 |
| **Balance on hand:** | $ 4,263.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,263.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,074.00 | 0.00 | 1,074.00 |
| Attorney for Trustee, Fees - Barrick, Switzer Law Firm | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,074.00 |
| Remaining balance: | $ 3,189.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,189.05

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,189.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,667.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7,304.99 | 0.00 | 1,075.16 |
| 2 | Capital One Bank (USA), N.A. | 614.39 | 0.00 | 90.43 |
| 3 | Capital One Bank (USA), N.A. | 5,026.05 | 0.00 | 739.74 |
| 4 | Citibank, N.A. | 949.63 | 0.00 | 139.77 |
| 5 | Capital Recovery V, LLC | 2,566.66 | 0.00 | 377.77 |
| 6 | Capital Recovery V, LLC | 1,924.42 | 0.00 | 283.24 |
| 7 | Springleaf Financial Services | 3,281.25 | 0.00 | 482.94 |

Total to be paid for timely general unsecured claims: $ 3,189.05
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/JAMES E. STEVENS
                               Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-83707-TML
Joseph F Becker                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 2              Date Rcvd: Sep 02, 2014
                              Form ID: pdf006             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2014.
db          +Joseph F Becker,   861 Blazing Star Trail,   Cary, IL 60013-3306
21173485    +Bank of America, NA,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
21173490   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
21427897     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
21173480    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
21173481    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
21173484    +McHenry County Clerk,   09 SC 4223,   2200 N. Seminary Ave.,   Woodstock, IL 60098-2637
21173497    +Monterey financial Sercives,   Attn: Bankruptcy Dept.,   4095 Avenida de la Plata,
              Oceanside, CA 92056-5802
21173492    +NTB/CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
21173483    +PRA Receivables Mgmt. LLC,   Bankruptcy Department,   PO Box 41067,   Norfolk, VA 23541-1067
21173487    +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
21173482    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21173486    +E-mail/Text: ally@ebn.phinsolutions.com Sep 03 2014 03:10:59     ALLY Financial,
              Attn: Bankruptcy Dept.,   200 Renaissance Ctr,   Detroit, MI 48243-1300
21626583     E-mail/PDF: rmscedi@recoverycorp.com Sep 03 2014 03:28:28     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21604950     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2014 03:31:11     Citibank, N.A.,
              c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK 73124-8840
21173494    +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:31:01     Gecrb/DISCOUNT TIRE,
              Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
21173493    +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2014 03:31:02     Gecrb/HH GREGG,
              Attn: Bankruptcy Dept.,   Po Box 981439,   El Paso, TX 79998-1439
21173489     E-mail/PDF: cbp@slfs.com Sep 03 2014 03:30:59     Springleaf Financial S,
              Attn: Bankruptcy Dept.,   2 Crystal Lake Plz Ste B,   Crystal Lake, IL 60014
21639705     E-mail/PDF: cbp@slfs.com Sep 03 2014 03:30:59     Springleaf Financial Services,   Po Box 3251,
              Evansville, IN 47731
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21173495*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
21173496*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
21173488*   +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
21173491*   +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: vgossett              Page 2 of 2                   Date Rcvd: Sep 02, 2014
                              Form ID: pdf006             Total Noticed: 19


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2014 at the address(es) listed below:
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Jason K Nielson    on behalf of Debtor Joseph F Becker ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor   Bank of America, N.A. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 5
```